IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAMION BLUNT
REG. #30808-077                                                                                          PETITIONER

VS.                                           2:07CV00075 SWW/JTR

BUREAU OF PRISONS
COMMUNITY CORRECTIONS                                                         RESPONDENTS

**ORDER**

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and has paid the filing fee. (Docket entry #1.) The Court will therefore order service of the Petition.

The Court also notes that Petitioner has named the "Bureau of Prisons Community Corrections" as the Respondent in this case. Rule 2(a) of the Rules Governing § 2254 Cases provides that the state officer having custody of the applicant shall be named as the respondent. Because Petitioner is legally in the custody of the Bureau of Prisons, the proper Respondent is Linda Sanders, Warden of FCI Forrest City, Arkansas. The Court will direct the Clerk to change the Respondent accordingly.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2.      Respondent shall file a responsive pleading **within twenty (20) days** of service.

3. The Clerk is directed to change the name of the Respondent to "LINDA SANDERS, Warden, FCI Forrest City, Arkansas."

Dated this 3rd day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE