IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAMION BLUNT
REG. #30808-077                                                                                    PETITIONER

VS.                                         2:07CV00075 JTR

T.C. OUTLAW;
Warden, FCI Forrest City                                                                   RESPONDENT

## JUDGMENT

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 20th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE